**LD III LLC**

v.

**DAVIS**

20160858

Supreme Court of Utah.

12/28/2016

20140926

Petition for Writ of Certiorari Denied.

**STATE**

v.

**CRIPPEN**

20160664

Supreme Court of Utah.

11-08-2016

20140051

380 P.3d 18

380 P.3d 18

Petition for Writ of Certiorari Denied.

**STATE**

v.

**GALLEGOS**

20160714

Supreme Court of Utah.

12/02/2016

20140571

380 P.3d 44

Petition for Writ of Certiorari Denied.

**STATE**

v.

**MACNEILL**

20160760

Supreme Court of Utah.

12-02-2016

20140875

380 P.3d 60

Petition for Writ of Certiorari Denied.